Case 1:22-mj-00244-GMH   Document 1-1   Filed 11/07/22   Page 1 of 2

Case: 1:22-mj-00244
Assigned To : Magistrate Judge Harvey, G. Michael
Assign. Date : 11/7/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On September 8, 2022, members of the Violent Crimes Impact Team, Narcotics Enforcement Unit, and the First District Detective Unit executed a D.C. Superior Search Warrant at 5011 Banks Pl NE, Washington D.C., 20019. The warrant sought evidence related to an Assault with Intent to Rob investigation , including firearms, firearms accessories, ammunition, clothing related to the offense and cell phones.

Investigators made entry into the residence at approximately 1531 hours, while shouting "Police, Search Warrant", and after waiting a reasonable amount of time. Jonquil Hawkins was observed standing in the doorway of bedroom 1. The residence was rendered secure and a search of the residence revealed the following:

- Glock 17 9mm (MUF216) with 1 round of ammunition in the chamber and 12 rounds in the magazine. The magazine had a capacity of 24 rounds. The firearm was recovered from inside of the wall inside of bedroom 1. This is located next to where Defendant Hawkins was standing.
- Medicine bottle containing promethazine with codeine syrup recovered from the floor inside of bedroom 2.
- One grey new balance 990 sneaker (9.5) recovered from bedroom 3.
- Black Nike mask recovered from the kitchen.
- Apple iPhone with case recovered from inside of bedroom 1.
- Tan and Black Paintball gun recovered from inside of bedroom 1.

Officer Moore informed the Investigators that bedroom 1 is Jonquil Hawkins bedroom. Officer Moore knows this to be Jonquil Hawkins' bedroom from two previous search warrants executed at the residence this year.

Jonquil Hawkins was placed under arrest for Felon in Possession and other firearms and ammunition charges. While Jonquil Hawkins was in law enforcement custody, a DC Superior Court search warrant was authorized to seize DNA samples from Jonquil Hawkins for comparison to swabs from the firearm recovered during the search warrant. The case was ultimately no papered pending further investigation.

As previously stated, Jonquil Hawkins was standing in the doorway of bedroom 1 holding a small child when officers made entry into the residence. After a review of the Body Worn Camera footage, a man who Jonquil identified on BWC as his father was standing next to Jonquil in the doorway of bedroom 1. There were also other family members located inside of the residence during the execution of the search warrant. The other family members were located on the entry level of the residence and inside of bedroom 2.

Swabs from the firearm, magazine, and the known buccal swabs for Jonquil Hawkins were sent to the FBI Laboratory for testing. On November 1, 2022, the results of the DNA testing were obtained and the FBI Laboratory noted the following:

> *Male DNA was obtained from item 1 (swabs from firearm). Item 1 was interpreted as originating from four individuals. The DNA results from item 1 are 7.8 septillion times more likely if HAWKINS and three unknown, unrelated people are contributors than if four unknown, unrelated people are contributors.*

*Male DNA was obtained from item 2 (swabs from magazine). Item 2 was interpreted as originating from three individuals. The DNA results from item 2 are 480,000 times more likely if HAWKINS and two unknown, unrelated people are contributors than if three unknown, unrelated people are contributors.*

A criminal history check of Jonquil Hawkins revealed that he has a prior criminal felony conviction for Carrying a Pistol without a License in the Superior Court for the District of Columbia, under Case No. 2021 CF2 003688, where he was sentenced to 24 months of incarceration (suspended as to all but 4 months). The plea offer also included Case No. 2021 CF2 000548 where Jonquil Hawkins pled guilty to Carrying a Pistol without a License and was sentenced to 18 months of incarceration (suspended as to all). The written plea agreement letter in that case – signed by the defendant – noted that the defendant understands that the offense carries a potential maximum penalty of 5 years' imprisonment. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

The firearm and ammunition in this case were manufactured outside of the District of Columbia and therefore traveled in interstate commerce.

_____
DETECTIVE MARCUS TALLEY, BADGE #D2-1724
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __7th__ day of November 2022.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE